IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| JESSICA M. YATES, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )     Civil Action No. 3:16-cv-00070 |
| | ) |
| GENPACT SERVICES, LLC | ) |
| | ) |
|     Defendant. | ) |

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS**

    Plaintiff, Jessica M. Yates and her attorney, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby stipulate and agree to the dismissal, with prejudice, of each claim and count therein asserted by Plaintiff against Defendant in the above-styled action, and that the above-entitled action against shall be and hereby is dismissed with prejudice as to the Defendant.

04/04/2016                          Respectfully submitted,

                                     **JESSICA M. YATES**

                                     /s/     Brent S. Snyder
                                     Brent S. Snyder, BPR # 21700
                                     Attorney for Plaintiff
                                     2125 Middlebrook Pike
                                     Knoxville, TN 37921
                                     (865) 546-2141
                                     Brentsnyder77@gmail.com

## CERTIFICATE OF SERVICE

      I hereby certify that on April 4, 2016 a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic case filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic case filing system.

                                /s/   Brent S. Snyder
                                Brent S. Snyder
                                Attorney for Plaintiff